1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

UNITED STATES OF AMERICA,                    )
9                                            )   No. CR 05-0554 WHA
                        Plaintiff,            )
10                                           )
vs.                                          )   STIPULATION AND ORDER
11                                           )   CONTINUING SENTENCING
DAVID GOMEZ-RUIZ,                            )   HEARING
12                                           )
Defendant.                                   )
13                                           )

14  _____ STIPULATION _____

15        Defense counsel request to continue the sentencing hearing in the above-captioned matter from,

16  December 20, 2005 until January 24, 2006  at 2:00 p.m.  The continuance requested is necessary

17  because defense counsel will be out of town.  Assistant United States Attorney Joseph Fazioli

18  and United States Probation Officer Sara Black have been contacted and have no objection to

19  continuing the sentencing in this matter;

20  IT IS SO STIPULATED.

21  DATED: December 14, 2005          _____/S/_____
                                      RONALD TYLER
22                                    Assistant Federal Public Defender
                                      Counsel for David Gomez-Ruiz
23

24  DATED:December 15, 2005           _____/S/_____
                                      JOSEPH FAZIOLI
25                                    Assistant United States Attorney

26
STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. David Ruiz-Gomez*
CR 05-0554 WHA                        - 1 -

ORDER

1

2        For the foregoing reasons, the sentencing hearing in this matter is continued until January 24,

3   2005 at 2:00 pm.

4   IT IS SO ORDERED.

5

6   DATED:  December 16, 2005

7   _____
    WILLIAM H.
8   UNITED STA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. David Gomez-Ruiz*
CR05-0554 WHA                                    - 2 -